Argued and submitted October 11, affirmed November 13, 2002, petition for review denied January 22, 2003 (335 Or 180)

JAMES ARNESS KELLER,
*Appellant,*

*v.*

Joan PALMATEER,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

00C-12663; A115158

57 P3d 944

Steven H. Gorham argued the cause and filed the brief for appellant.

Kaye Ellen McDonald, Assistant Attorney General, argued the cause for respondent. On the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General.

Before Edmonds, Presiding Judge, and Kistler and Schuman, Judges.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).